WI

AO 91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

4

Eastern _____  **DISTRICT OF** _____ Michigan _____

UNITED STATES OF AMERICA

Sheila Marie Gautreaux
DOB: 11/05/1962
15880 Linwood
Detroit,Michigan 48238

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 05-80776

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief On or about _____ August 16, 2005 _____ in  Wayne _____ County, in

the  Eastern _____ District of  Michigan _____ defendant(s) did,

*(Track Statutory Language of Offense)*
bring aliens to the United States, and aided and abetted the bringing of such aliens to the United States, knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States and did so for the purpose of private financial gain.

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1324(a)(2) and(a)(2)(B)(ii) _____

I further state that I am a(n) _____ ICE Senior Special Agent _____ and that this complaint is based on the
Official Title

following facts:
SEE ATTACHED

FILED

AUG 2 6 2005

CLERK'S OFFICE
DETROIT

Continued on the attached sheet and made a part of this complaint:

Yes ☒  No ☐

_____
Signature of Complainant

Kerry Pierce Senior Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 26, 2005 _____  at  Detroit, MI _____
Date                                                           City and State

DONALD A. SCHEER
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

The affiant being duly deposed and sworn states

1. I, Kerry Pierce, am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, and have been employed with the same for over fifteen years. The following information is from first hand Knowledge or personal investigation, as well as information provided to me by other law enforcement sources. The following is submitted in support of findings of probable cause and therefore may not be all of the facts obtained during the course of this investigation.

2. On August 16, 2005 at approximately 11:30 a.m., I received a call about a possible alien smuggling case at the Ambassador Bridge Detroit, Michigan port of entry.

3. I responded to the Ambassador Bridge. When I arrived I spoke to Customs and Border Protection Officer (CBPO) Terry Pasha.

4. CBPO Pasha relayed the following. She stated that at approximately 10:00 a.m. August 16th a red 2005 Mazda 4 door, Michigan license plate ACN1456 arrived at the Detroit, Michigan port of entry at the Ambassador Bridge from Windsor, Canada.

The driver was identified as Sheila Marie GAUTREAUX. GAUTREAUX gave CBP Officer Varghese a declaration of a purchase from the duty free store. GAUTREAUX was asked for the car keys to open the trunk for inspection.  CBP Officer Varghese opened the car trunk and found two people hidden inside.

5. CBPO Varghese immediately closed the trunk lid and then asked GAUTREAUX to step outside of the vehicle. GAUTREAUX was taken into custody. CBPO Varghese then opened the trunk of the vehicle and removed the two subjects, identified as CHEN, Giu and his son, CHEN, Wei, both citizens and nationals of China.

6. GAUTREAUX was advised of her Miranda rights and signed a waiver of rights. GAUTREAUX stated that she was to be paid one thousand six hundred dollars in U.S. currency to smuggle the two Chinese Nationals from Canada into the United States. GAUTREAUX claimed she would have been paid after she successfully got the Chinese into the U.S.

7. Based on the foregoing I believe there is probable cause that the Defendant violated Title 8 United States Code Section(s) 1324 (a)(2) and (a)(2)(B)(ii), knowing and did in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter or reside in the United States brought and attempted to bring aliens into the United States for the purpose of private financial gain.

8. I know the foregoing from first-hand knowledge or personal investigation, and information provided to me from other law enforcement sources.

Kerry Pierce, Senior Special Agent
Immigration and Customs
Enforcement

Sworn and subscribed before me this 26th day of August 2005

United States Magistrate Judge